UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROBERTS,<br><br>        Plaintiff,<br><br>  v.<br><br>WHITE, et al<br><br>        Defendant. | 1:21-cv-00167-HBK (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

    Plaintiff is a state prisoner proceeding *pro se* on his civil rights complaint filed pursuant to 42 U.S.C. § 1983 on February 11, 2021. (Doc. No. 1). Plaintiff did not accompany the filing of his complaint with the $402.00 filing fee or an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

    Accordingly, it is now **ORDERED**:

    Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   February 11, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE