**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID NATHANIEL ROBERTS, | Case No. 1:21-cv-00167-JLT-HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS, REQUIRING PAYMENT OF FILING FEE WITHIN 30 DAYS |
| v. | |
| WHITE, MUNOZ, BREWSTER, TAHT, | |
| Defendants. | (Doc. 16) |
| | *Thirty Day Deadline* |

The magistrate judge granted Plaintiff's motion to proceed *in forma pauperis* ("IFP). (Docs. 4, 7.) However, upon additional review of the case docket, the magistrate judge vacated the order and issued findings and recommendations, recommending denying Plaintiff's motion to proceed IFP. By that time, Plaintiff had suffered at least three dismissals of cases that constituted "strikes" for purposes of the IFP statute. (Doc. 16.) The Court served the findings and recommendations on Plaintiff, which contained a notice that any objections were to be filed within 14 days. (*Id*. at 7.) Plaintiff has not filed any objections and the time to do so has expired. *See* docket.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Thus, the Court ORDERS:

1. The April 11, 2023 findings and recommendations (Doc. 16) are **ADOPTED IN FULL.**
2. Plaintiff's *in forma pauperis* status is **REVOKED**.
3. Plaintiff is directed to pay the $402 filing fee in full within 30 days of the date of this order. Failure to do so will result in dismissal of this case without further notice.

IT IS SO ORDERED.

Dated:   **May 16, 2023**

UNITED STATES DISTRICT JUDGE

2