# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>WHITE, MUNOZ, BREWSTER, TAHT,<br><br>Defendants. | Case No. 1:21-cv-00167-JLT-HBK (PC)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE<br><br>(Doc. 17) |

On May 16, 2023, the Court entered an order adopting the assigned magistrate judge's findings and recommendations, revoking Plaintiff's in forma pauperis status due to Plaintiff having three strikes under the Prison Litigation Reform Act, and directed Plaintiff to pay the $402.00 filing fee within 30 days of service of the order. (Doc. 17 at 1–2.) The Court warned Plaintiff that failure to comply and pay the filing fee would result in the dismissal of the action without prejudice. (*Id.* at 2.) The time to respond has now lapsed, and Plaintiff has not paid the requisite filing fee. (*See* docket.)

///
///
///
///
///

Accordingly, the Court **ORDERS**:

1. Pursuant to the May 16, 2023 Order, this action is **DISMISSED**, without prejudice, due to Plaintiff's failure to pay the filing fee.
2. The Clerk of Court shall terminate any pending motions/deadlines, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

Dated:   **June 30, 2023**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE